UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK J. FISHER,

    Petitioner,

v.

    CIVIL CASE NO. 05-CV-74910-DT
    HONORABLE DENISE PAGE HOOD

CITY OF ROCHESTER HILLS, et al.,

    Respondents.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

    /s/ Denise Page Hood
    DENISE PAGE HOOD
    UNITED STATES DISTRICT JUDGE

DATED: April 21, 2006